# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. WARD, | CASE NO. 1:11-cv-01737-GBC (PC) |
|     Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE |
|     v. | |
| MARGARET MIMS, et al., | Doc. 6 |
|     Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 1, 2012, Plaintiff filed a motion to continue his case. Doc. 6. Plaintiff's motion to continue is DENIED.

If Plaintiff wishes to dismiss this action, without prejudice, he may file a notice of voluntary dismissal.

IT IS SO ORDERED.

Dated: March 12, 2012

UNITED STATES MAGISTRATE JUDGE