# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. WARD,<br><br>　　　Plaintiff,<br>　v.<br>MARGARET MIMS, et al.,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:11-cv-01737-GBC (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION AND REASSIGN CASE |

　　　On October 17, 2011, Plaintiff Jared M. Ward ("Plaintiff"), a former jail inmate and now inmate of Atascadero State Hospital, proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1.

　　　In Plaintiff's complaint, he names Margaret Mims, Sheriff of Fresno County, and Deputy Manuel Chavez. Compl. at 1-3, Doc. 1. Plaintiff alleges he was being escorted from a court hearing when Deputy Chavez assaulted him with the help of other Fresno County Sheriff Deputies. *Id.* at 3. Because Plaintiff does not directly challenge the conditions of his confinement, this action should be designated as a regular civil action. The undersigned is not on the automated assignment wheel for regular civil cases. This action should therefore be redesignated as a regular civil action and reassigned to a Magistrate Judge on the automated assignment wheel for regular civil cases.

　　　Therefore, the Court Directs the Clerk's office to REDESIGNATE the action to a regular civil action and REASSIGN the case to a Magistrate Judge on the automated assignment wheel for regular civil cases.

IT IS SO ORDERED.

Dated:　December 17, 2012

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE