# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JARED M. WARD, | ) | 1:11-cv-1737 LJO GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING MOTION FOR |
| v. | ) | PRETRIAL CONFERENCE |
| | ) | |
| MARGARET MIMS et al,. | ) | (Doc. 10) |
| | ) | |
| Defendants. | ) | |

**INTRODUCTION**

Plaintiff, Jared Ward, ("Plaintiff"), a state prisoner, appearing pro se and proceeding in forma pauperis, filed the instant complaint on October 17, 2011. (Doc. 1). This case was initially assigned to Judge Gerald Cohn and was recently transferred to the undersigned on December 18, 2012. (Doc. 13). On June 12, 2012, Plaintiff had filed a Motion for a Pretrial Conference which is currently pending before the Court. (Doc. 10).

Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of his complaint for sufficiency to state a claim. As part of this process, the court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If

1

1  the court determines that the complaint fails to state a claim, leave to amend may be granted to
2  the extent that the deficiencies of the complaint can be cured by amendment.
3       In accordance with the above, the Court will review Plaintiff's complaint.  If it is
4  determined that Plaintiff's case may proceed, the Court will hold a scheduling conference
5  pursuant to Federal Rule of Civil Procedure 16 at that time.  Therefore, Plaintiff's request for a
6  pretrial conference is premature and this motion is DENIED.  Plaintiff is advised that his
7  complaint will be screened in due course.

11      IT IS SO ORDERED.

12  Dated:   **December 19, 2012**               /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE